## Daniel STALEY, Plaintiff—Appellant,

v.

## HARMON, Mental Health Counselor at Kirkland Correctional Institution R & E Center, Defendant—Appellee.

### No. 04–6284.

United States Court of Appeals, Fourth Circuit.

Submitted June 16, 2004.

DECIDED: June 23, 2004.

Daniel Staley, Appellant pro se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Staley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Staley v. Harmon,* No. CA–03–3390–9–23 (D.S.C. Jan. 15, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*